No. 65190.—Maryland Trading Company, Inc., and Mohegan International Corp. v. United States, protests 327563–K, etc. (New York).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the merchandise in question consists of preserved, edible berries, the claim of the plaintiffs was sustained.

No. 65191.—F. W. Myers & Co. v. United States, protest 265825–K (Ogdensburg).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.